United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYAL PATEL,<br><br>        Plaintiff,<br><br>    v.<br><br>NIKE RETAIL SERVICES, INC.,<br><br>        Defendant. | Case No. 14-cv-04781-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on February 5, 2015. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    DISCOVERY.

Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

    2.    REFERRAL TO MAGISTRATE JUDGE FOR DISCOVERY DISPUTES.

Pursuant to Local Rule 72-1, the parties are hereby referred to a randomly assigned Magistrate Judge for the resolution of all discovery disputes. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or

set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

3.   CLASS CERTIFICATION.

  a. On or before September 25, 2015, plaintiff will file her motion for class certification.
  b. On or before November 6, 2015, defendants will file their opposition to class certification.
  c. On or before November 20, 2015, plaintiff will file her reply, if any, to defendants' opposition.
  d. Plaintiff's motion for class certification shall be heard on December 10, 2015, at 1:30 p.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated:  February 5, 2015

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER
CASE NO. 14-cv-04781-RS

2