1  BLUMENTHAL, NORDREHAUG & BHOWMIK
   Norman B. Blumenthal (SBN 068687)
2  Kyle R. Nordrehaug (SBN 205975)
   Aparajit Bhowmik (SBN 248066)
3  Piya Mukherjee (SBN 274217)
   2255 Calle Clara
4  La Jolla, CA 92037
   Telephone:(858)551-1223
5  Facsimile:(858)551-1232

6  Attorneys for Plaintiff
   PAYAL PATEL
7
   SEYFARTH SHAW LLP
8  Jon D. Meer (SBN 144389)
   E-mail:  jmeer@seyfarth.com
9  Sheryl L. Skibbe (SBN 199441)
   E-mail:  sskibbe@seyfarth.com
10 Casey J.T. McCoy (SBN 229106)
   E-mail: cjtmccoy@seyfarth.com
11 Maya Harel (SBN 291990)
   E-mail:  mharel@seyfarth.com
12 2029 Century Park East, Suite 3500
   Los Angeles, California 90067-3021
13 Telephone:   (310) 277-7200
   Facsimile:   (310) 201-5219
14
   Attorneys for Defendant
15 NIKE RETAIL SERVICES, INC.

16               **UNITED STATES DISTRICT COURT**

17              **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAYAL PATEL, an individual, on behalf of herself, on behalf of all persons similarly situated, and as the representative of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>NIKE RETAIL SERVICES, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 3:14-cv-04781-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CONTINUE HEARING DATE** |

---

Stipulation to Set Briefing Schedule for Defendant's Motion for Summary Judgment
Case No. 3:14-cv-04781-RS

1  Plaintiff PAYAL PATEL ("Plaintiff") and Defendant NIKE RETAIL
2  SERVICES, INC. ("Defendant"), by and through their respective counsel, hereby
3  stipulate as follows:
4  WHEREAS, Defendant filed a Motion for Summary Judgment on February
5  19, 2015;
6  WHEREAS, Plaintiff will require certain discovery for purposes of opposing
7  Defendant's Motion for Summary Judgment including, but not limited to, the
8  deposition of Defendant pursuant to Fed. R. Civ. Proc. 30(b)(6);
9  WHEREAS, Defendant has agreed to produce the following discovery in
10 advance of Plaintiff's deadline to oppose the motion for summary judgment:
11 • Witness(es) pursuant to Fed. R. Civ. Proc. 30(b)(6) by April 3, 2015 per the
12   Parties' agreement;
13 • Cash register receipt records for Plaintiff from December 30, 2012 to her
14   date of termination by March 16, 2015;
15 • Email communications between Plaintiff and her direct supervisor (1)
16   containing the following terms: "ringing," "register," "cash register," "cash,"
17   "ring," "stocking," "stock," and "stockroom" by March 31, 2015;
18 • Documents which Defendant agreed to produce in response to Plaintiff's
19   Requests for Production of Documents, Set One by March 16, 2015;
20 WHEREAS, Plaintiff will serve a request for production of documents
21 regarding Defendant's "Manager on Duty" policy by March 6, 2015 for purposes
22 of opposing Defendant's Motion for Summary Judgment.
23 WHEREAS, Plaintiff will not be seeking any other discovery related to the
24 filing of the opposition to Defendant's motion for summary judgment besides what
25 has been addressed above;
26 WHEREAS, the Parties have met and conferred and have agreed that it is
27 appropriate to set a briefing schedule for Defendant's Motion for Summary
28 Judgment;

1
2    WHEREAS, the Parties have agreed to the following briefing schedule,
3 subject to Court approval:
4    • Plaintiffs' opposition to the Motion for Summary Judgment shall be
5      filed on April 16, 2015;
6    • Defendant's reply in support of the Motion for Summary Judgment
7      shall be filed on May 7, 2015;
8    • The hearing for Defendant's Motion for Summary Judgment shall be
9      May 21, 2015 at 1:30 p.m.
10   IT IS SO STIPULATED.

DATED:  March 4, 2015          BLUMENTHAL, NORDREHAUG & BHOWMIK

                               By  /s/Piya Mukherjee
                                   Piya Mukherjee
                                   Attorneys for Plaintiff

DATED:  March 4, 2015          SEYFARTH SHAW LLP

                               By  /s/Maya Harel
                                   Maya Harel
                                   Attorneys for Defendant

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: 3/5/2015                _____
                               Honorable Richard Seeborg
                               UNITED STATES DISTRICT JUDGE