1  **BLUMENTHAL, NORDREHAUG & BHOWMIK**
2    Norman B. Blumenthal (State Bar #068687)
     Kyle R. Nordrehaug (State Bar #205975)
3    Aparajit Bhowmik (State Bar #248066)
     Piya Mukherjee (State Bar #274217)
4  2255 Calle Clara
   La Jolla, CA 92037
5  Telephone: (858)551-1223
   Facsimile: (858) 551-1232

6  Attorneys for Plaintiff

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12

13  PAYAL PATEL, an individual, on          CASE No. 3:14-CV-04781-RS
    behalf of herself, on behalf of all
14  persons similarly situated, and as the   Assigned to the Hon. Richard Seeborg
    representative of the State of
15  California,                              <u>Class Action</u>

16              Plaintiff,                   **NOTICE OF MOTION AND
                                             MOTION FOR CLASS
17        v.                                 CERTIFICATION**

18  NIKE RETAIL SERVICES, INC., a            DATE:      December 10, 2015
    Corporation; and DOES 1 through 50,      TIME:      1:30 P.M.
19  inclusive,                               CTRM:      3

20              Defendant.                   Opposition Date: November 6, 2015
                                             Reply Date: November 20, 2015
21

22

23

24

25

26

27

28

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 10, 2015 at 1:30 p.m., in Courtroom 3 of the above-entitled Court, Plaintiff PAYAL PATEL ("Plaintiff"), will and hereby does move pursuant to FRCP 23(b)(3) of the Federal Rules of Civil Procedure for an order as follows:

1.    Certification of a class of employees in the above-entitled action defined as:

"all persons employed by Defendant in California as Assistant Head Coaches from November 25, 2009 to March of 2015."

Plaintiff also respectfully moves to certify a sub-class of the same group of employees seeking restitution, damages, and penalties only for the time period during which they were classified as exempt and in the training phase of their employment.

2.    Appointment of Blumenthal, Nordrehaug & Bhowmik as class counsel; and

3.    Approving the designation of Plaintiff as class representative.

THIS MOTION is based upon: this Notice of Motion; the supporting Memorandum of Points and Authorities, and accompanying declarations and exhibits concurrently filed with this motion; and files in the record herein; and upon such other oral and/or documentary evidence as my be presented at or before the hearing on this matter.


Dated: September 25, 2015          **BLUMENTHAL, NORDREHAUG & BHOWMIK**


By: _/s/ Norman B. Blumenthal_____
　　　Norman B. Blumenthal
　　　Attorneys for Plaintiffs