BLUMENTHAL, NORDREHAUG & BHOWMIK
Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
Piya Mukherjee (SBN 274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone:(858)551-1223
Facsimile:(858)551-1232

Attorneys for Plaintiff
PAYAL PATEL

SEYFARTH SHAW LLP
Jon D. Meer (SBN 144389)
E-mail:  jmeer@seyfarth.com
Sheryl L. Skibbe (SBN 199441)
E-mail:  sskibbe@seyfarth.com
Casey J.T. McCoy (SBN 229106)
E-mail: cjtmccoy@seyfarth.com
Maya Harel (SBN 291990)
E-mail:  mharel@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:     (310) 277-7200
Facsimile:      (310) 201-5219

Attorneys for Defendant
NIKE RETAIL SERVICES, INC.

*Additional counsel on next page*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYAL PATEL, an individual, on behalf of herself, on behalf of all persons similarly situated, and as the representative of the State of California,<br><br>             Plaintiff,<br><br>     v.<br><br>NIKE RETAIL SERVICES, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>             Defendant. | Case No. 3:14-cv-04781-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND CLASS CERTIFICATION OPPOSITION AND REPLY DEADLINES** |

1  LAWYERS FOR JUSTICE
   Edwin Aiwazian (SBN 232943)
2  410 West Arden Avenue, Suite 203
   Glendale, California 91203
3  Tel: (818) 265-1020
   Fax: (818) 265-1021
4
   Attorneys for Plaintiff
5  PAYAL PATEL

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION
OPPOSITION AND REPLY DEADLINES

1    Plaintiff PAYAL PATEL ("Plaintiff") and Defendant NIKE RETAIL SERVICES, INC.
2 ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby
3 stipulate as follows:
4    WHEREAS, Plaintiff filed a Motion for Class Certification on September 25, 2015 with
5 seven declarations of putative class members, which is currently set to be heard on December 10,
6 2015;
7    WHEREAS, Defendant's current deadline to file its Opposition to Plaintiff's Motion for
8 Class Certification is November 6, 2015;
9    WHEREAS, Plaintiff's current deadline to file her Reply to Defendant's Opposition to
10 Plaintiff's Motion for Class Certification is November 20, 2015;
11    WHEREAS, Defendant's counsel needs to complete the depositions of the seven putative
12 class members who submitted declarations in support of Plaintiff's Motion for Class
13 Certification to prepare its opposition to class certification;
14    WHEREAS, Defendant has subpoenaed the depositions of all seven individuals, but the
15 deponents or Plaintiff's counsel are not available on the dates for which their depositions were
16 noticed, except for Paul Ramos, whose deposition is scheduled for October 19, 2015 at 1:00 p.m.
17 Pacific Standard Time;
18    WHEREAS, the Parties have met and conferred regarding alternative depositions dates
19 and Plaintiff proposed the following deposition schedule and the Parties are meeting and
20 conferring on the remaining depositions, also to be scheduled in October:
21    • Deposition of Paul Ramos - October 19, 2015 at 1:00 p.m.;
22    • Deposition of Breana Cherry - October 21, 2015 at 10:00 a.m.
23    • Deposition of Alex Dankin - October 27, 2015 at 9:00 a.m.
24    • Deposition of Tina Flores - October 29, 2015 at 10:00 a.m.
25    WHEREAS, the Parties have agreed that it is appropriate to extend the deadline for
26 Defendant to file its Opposition to Plaintiff's Motion for Class Certification to allow Defendant
27 to move the depositions to the alternative dates proposed by Plaintiff's counsel;
28

2
STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION
OPPOSITION AND REPLY DEADLINES

1    WHEREAS, based on an agreement to move the depositions to alternative dates in October and continue the class certification briefing schedule and hearing date as set forth below, Defendant is willing to reschedule the noticed depositions;

WHEREAS, the Parties have agreed to the following briefing schedule, subject to Court approval:

- Defendant's opposition to the Motion for Class Certification shall be filed on December 1, 2015;
- Plaintiff's reply in support of the Motion for Class Certification shall be filed on December 17, 2015;
- The hearing for Plaintiff's Motion for Class Certification shall be January 14, 2016 at 1:30 p.m., or a date convenient for the Court's calendar

**IT IS HEREBY STIPULATED.**

DATED:  October 14, 2015          BLUMENTHAL, NORDREHAUG & BHOWMIK

By     */s/ Piya Mukherjee*
            Piya Mukherjee
Attorneys for Plaintiff
PAYAL PATEL


DATED:  October 14, 2015          SEYFARTH SHAW LLP

By     */s/ Maya Harel*
            Maya Harel
Attorneys for Defendant
NIKE RETAIL SERVICES, INC.


**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: 10/19/15

Honorable Judge Richard Seeborg
UNITED STATES DISTRICT JUDGE