UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYAL PATEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NIKE RETAIL SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 14-cv-04781-RS   (JCS)<br><br>**ORDER TO FILE JOINT DISCOVRY LETTER**<br><br>Re: Dkt. Nos. 47, 48 |

　　　IT IS HEREBY ORDERED that the Joint Discovery Letter shall be filed by **December 1, 2015.**

　　　**IT IS SO ORDERED.**

Dated:  November 30, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge