1  BLUMENTHAL, NORDREHAUG & BHOWMIK
   Norman B. Blumenthal (SBN 068687)
2  Kyle R. Nordrehaug (SBN 205975)
   Aparajit Bhowmik (SBN 248066)
3  Piya Mukherjee (SBN 274217)
   2255 Calle Clara
4  La Jolla, CA 92037
   Telephone:(858)551-1223
5  Facsimile:(858)551-1232

6  Attorneys for Plaintiff
   PAYAL PATEL
7

   SEYFARTH SHAW LLP
8  Jon D. Meer (SBN 144389)
   E-mail:  jmeer@seyfarth.com
9  Sheryl L. Skibbe (SBN 199441)
   E-mail:  sskibbe@seyfarth.com
10 Casey J.T. McCoy (SBN 229106)
   E-mail: cjtmccoy@seyfarth.com
11 Maya Harel (SBN 291990)
   E-mail:  mharel@seyfarth.com
12 2029 Century Park East, Suite 3500
   Los Angeles, California 90067-3021
13 Telephone:      (310) 277-7200
   Facsimile:      (310) 201-5219
14

15 Attorneys for Defendant
   NIKE RETAIL SERVICES, INC.

16 *Additional counsel on next page*

17

18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

20 | PAYAL PATEL, an individual, on behalf of | ) | Case No. 3:14-cv-04781-RS |
   | herself, on behalf of all persons similarly | ) | |
21 | situated, and as the representative of the State of | ) | **STIPULATION AND [PROPOSED]** |
   | California, | ) | **ORDER TO EXTEND CLASS** |
22 |  | ) | **CERTIFICATION  REPLY DEADLINE** |
   | Plaintiff, | ) | **AND HEARING DATE** |
23 |  | ) | AS MODIFIED BY THE COURT |
   | v. | ) | |
24 |  | ) | |
   | NIKE RETAIL SERVICES, INC., a Corporation; | ) | |
25 | and DOES 1 through 50, inclusive, | ) | |
   |  | ) | |
26 | Defendant. | ) | |

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION
REPLY DEADLINE AND HEARING DATE

22887052v.1

| | |
|---|---|
| 1 | LAWYERS FOR JUSTICE |
| | Edwin Aiwazian (SBN 232943) |
| 2 | 410 West Arden Avenue, Suite 203 |
| | Glendale, California 91203 |
| 3 | Tel: (818) 265-1020 |
| | Fax: (818) 265-1021 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | PAYAL PATEL |

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION
REPLY DEADLINE AND HEARING DATE

22887052v.1

1  Plaintiff PAYAL PATEL ("Plaintiff") and Defendant NIKE RETAIL SERVICES, INC.
2  ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby
3  stipulate as follows:
4  WHEREAS, Plaintiff filed a Motion for Class Certification on September 25, 2015 with
5  seven declarations of putative class members, which was set to be heard on December 10, 2015;
6  WHEREAS, the Court granted the Parties' Stipulation to Extend Class Certification
7  Opposition and Reply Deadlines in order to provide additional time for Plaintiff to make her
8  seven declarants available for deposition, extending Defendant's deadline to file its opposition
9  from November 6, 2015 until December 1, 2015, extending Plaintiff's deadline to file her reply
10 from November 20, 2015 to December 17, 2015, and continuing the hearing to January 14, 2016.
11 [Doc No. 46].
12 WHEREAS, Plaintiff's current deadline to file her Reply to Defendant's Opposition to
13 Plaintiff's Motion for Class Certification is December 17, 2015;
14 WHEREAS, Plaintiff's counsel seeks to complete the depositions of individuals who
15 submitted declarations in support of Defendant's Opposition to the Motion for Class
16 Certification to prepare the reply in support of class certification;
17 WHEREAS, depositions cannot be completed and digested in time for Plaintiff to file the
18 reply brief by December 17, 2015;
19 WHEREAS, the Parties have agreed that no deposition will be taken prior to January 4,
20 2016, due to the deponents unavailability before that date;
21 WHEREAS, the Parties have agreed that it is appropriate to extend the deadline for
22 Plaintiff to file its Reply in support of Plaintiff's Motion for Class Certification to allow the
23 depositions to take place;
24 WHEREAS, the Parties have agreed to the following briefing schedule, subject to Court
25 approval:
26 • Plaintiff's reply in support of the Motion for Class Certification shall be filed on
27 January 22, 2016;
28

2
STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION
REPLY DEADLINE AND HEARING DATE

22887052v.1

- The hearing for Plaintiff's Motion for Class Certification shall be February 4, 11 2016 at 1:30 p.m., or a date convenient for the Court's calendar

WHEREAS, the Parties submit this stipulation in good faith and not for the purpose of delay or for any other improper purpose.

**IT IS HEREBY STIPULATED.**

DATED:  December 4, 2015          BLUMENTHAL, NORDREHAUG & BHOWMIK

                                  By    /s/ Piya Mukherjee
                                           Piya Mukherjee
                                  Attorneys for Plaintiff
                                  PAYAL PATEL


DATED:  December 4, 2015          SEYFARTH SHAW LLP

                                  By    /s/ Maya Harel
                                           Maya Harel
                                  Attorneys for Defendant
                                  NIKE RETAIL SERVICES, INC.


**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: 12/4/15

                                  Honorable Judge Richard Seeborg
                                  UNITED STATES DISTRICT JUDGE

3
STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION
REPLY DEADLINE AND HEARING DATE

22887052v.1