1   BLUMENTHAL, NORDREHAUG & BHOWMIK
    Norman B. Blumenthal (SBN 068687)
2   Kyle R. Nordrehaug (SBN 205975)
    Aparajit Bhowmik (SBN 248066)
3   Piya Mukherjee (SBN 274217)
    2255 Calle Clara
4   La Jolla, CA 92037
    Telephone:(858)551-1223
5   Facsimile:(858)551-1232

6   Attorneys for Plaintiff
    PAYAL PATEL
7

8   SEYFARTH SHAW LLP
    Jon D. Meer (SBN 144389)
9   E-mail:  jmeer@seyfarth.com
    Sheryl L. Skibbe (SBN 199441)
10  E-mail:  sskibbe@seyfarth.com
    Casey J.T. McCoy (SBN 229106)
11  E-mail: cjtmccoy@seyfarth.com
    Maya Harel (SBN 291990)
12  E-mail:  mharel@seyfarth.com
    2029 Century Park East, Suite 3500
13  Los Angeles, California 90067-3021
    Telephone:    (310) 277-7200
14  Facsimile:    (310) 201-5219

15  Attorneys for Defendant
    NIKE RETAIL SERVICES, INC.

16  *Additional counsel on next page*

17

18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

20  PAYAL PATEL, an individual, on behalf of          )   Case No. 3:14-cv-04781-RS
    herself, on behalf of all persons similarly       )
21  situated, and as the representative of the State of )   **SECOND JOINT STIPULATION AND**
    California,                                        )   **[PROPOSED] ORDER TO EXTEND**
22                                                     )   **CLASS CERTIFICATION  REPLY**
                                                       )   **DEADLINE AND HEARING DATE**
23                       Plaintiff,                    )
                                                       )
24            v.                                        )
                                                       )
25  NIKE RETAIL SERVICES, INC., a Corporation; )
    and DOES 1 through 50, inclusive,                 )
26  _____            )
                         Defendant.                    )
27

28

_____
STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION
                    REPLY DEADLINE AND HEARING DATE
22887052v.1

1
LAWYERS FOR JUSTICE
Edwin Aiwazian (SBN 232943)
2
410 West Arden Avenue, Suite 203
Glendale, California 91203
3
Tel: (818) 265-1020
Fax: (818) 265-1021
4

Attorneys for Plaintiff
5
PAYAL PATEL

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION
REPLY DEADLINE AND HEARING DATE

22887052v.1

1    Plaintiff PAYAL PATEL ("Plaintiff") and Defendant NIKE RETAIL SERVICES, INC.

2  ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby

3  stipulate as follows:

4    WHEREAS, Plaintiff filed a Motion for Class Certification on September 25, 2015 with

5  seven declarations of putative class members, which was set to be heard on December 10, 2015;

6    WHEREAS, the Court granted the Parties' Stipulation to Extend Class Certification

7  Opposition and Reply Deadlines in order to provide additional time for Plaintiff to make her

8  seven declarants available for deposition, extending Defendant's deadline to file its opposition

9  from November 6, 2015 until December 1, 2015, extending Plaintiff's deadline to file her reply

10  from November 20, 2015 to December 17, 2015, and continuing the hearing to January 14, 2016

11  [Doc No. 46];

12    WHEREAS, Plaintiff's counsel seeks to complete the depositions of individuals who

13  submitted declarations in support of Defendant's Opposition to the Motion for Class

14  Certification to prepare the reply in support of class certification;

15    WHEREAS, the Court granted the Parties' stipulation to continue the reply filing

16  deadline until January 22, 2016 and the hearing date for the motion for class certification until

17  February 11, 2016;

18    WHEREAS, the Parties have been working towards scheduling the depositions of 14 of

19  Defendant's declarants and the depositions will not be completed until January 22, 2016;

20    WHEREAS, Plaintiff no longer seeks to take the deposition of Briana Cruz because the

21  declarant is unavailable until after February 7, 2016;

22    WHEREAS, Plaintiff will require a minimum of two (2) weeks after the completion of

23  the depositions and, therefore, respectfully requests a further continuance of the reply filing

24  deadline and motion hearing date;

25    WHEREAS, the Parties have agreed that it is appropriate to extend the deadline for

26  Plaintiff to file its Reply in support of Plaintiff's Motion for Class Certification to allow the

27  depositions to take place;

28

2
STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION
REPLY DEADLINE AND HEARING DATE

1        WHEREAS, the Parties have agreed to the following briefing schedule, subject to Court

2    approval:

3            • Plaintiff's reply in support of the Motion for Class Certification shall be filed on

4               February 5, 2016;

5            • The hearing for Plaintiff's Motion for Class Certification shall be on March 10,

6               2016 at 1:30 p.m., or a date convenient for the Court's calendar thereafter.

7        WHEREAS, the Parties submit this stipulation in good faith and not for the purpose of

8    delay or for any other improper purpose.

9        **IT IS HEREBY STIPULATED.**

10

11    DATED:  January 19, 2015         BLUMENTHAL, NORDREHAUG & BHOWMIK

12                          By___*/s/ Piya Mukherjee*_____

13                              Piya Mukherjee
Attorneys for Plaintiff

14                          PAYAL PATEL

15

16    DATED:  January 19, 2015         SEYFARTH SHAW LLP

17                          By___*/s/ Maya Harel*_____

18                              Maya Harel
Attorneys for Defendant

19                          NIKE RETAIL SERVICES, INC.

20

21    **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

22

23    Dated:_1/20/16_____

24                         Honorable Judge Richard Seeborg
UNITED STATES DISTRICT JUDGE

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION
REPLY DEADLINE AND HEARING DATE

22887052v.1