1 | BLUMENTHAL, NORDREHAUG & BHOWMIK
Norman B. Blumenthal (SBN 068687)
2 | Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
3 | Piya Mukherjee (SBN 274217)
2255 Calle Clara
4 | La Jolla, CA 92037
Telephone:(858)551-1223
5 | Facsimile:(858)551-1232

6 | Attorneys for Plaintiff
PAYAL PATEL
7 |

SEYFARTH SHAW LLP
8 | Jon D. Meer (SBN 144389)
E-mail:  jmeer@seyfarth.com
9 | Sheryl L. Skibbe (SBN 199441)
E-mail:  sskibbe@seyfarth.com
10 | Casey J.T. McCoy (SBN 229106)
E-mail: cjtmccoy@seyfarth.com
11 | Maya Harel (SBN 291990)
E-mail:  mharel@seyfarth.com
12 | 2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
13 | Telephone:     (310) 277-7200
Facsimile:      (310) 201-5219
14

15 | Attorneys for Defendant
NIKE RETAIL SERVICES, INC.

16 | *Additional counsel on next page*

17

18 | **UNITED STATES DISTRICT COURT**

19 | **NORTHERN DISTRICT OF CALIFORNIA**

20 | PAYAL PATEL, an individual, on behalf of    ) Case No. 3:14-cv-04781-RS
herself, on behalf of all persons similarly      )
21 | situated, and as the representative of the State of ) **JOINT STIPULATION AND**
California,                                      ) **[PROPOSED] ORDER TO CONTINUE**
22 |                                              ) **CLASS CERTIFICATION MOTION**
                Plaintiff,                       ) **HEARING DATE**
23 |                                              )
       v.                                        )
24 |                                              )
NIKE RETAIL SERVICES, INC., a Corporation;)
25 | and DOES 1 through 50, inclusive,            )
                                                 )
26 |            Defendant.                        )

27

28
---
STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION
HEARING DATE

22887052v.1

1  LAWYERS FOR JUSTICE
   Edwin Aiwazian (SBN 232943)
2  410 West Arden Avenue, Suite 203
   Glendale, California 91203
3  Tel: (818) 265-1020
   Fax: (818) 265-1021
4
   Attorneys for Plaintiff
5  PAYAL PATEL

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION
HEARING DATE

22887052v.1

1   Plaintiff PAYAL PATEL ("Plaintiff") and Defendant NIKE RETAIL SERVICES, INC.
2   ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby
3   stipulate as follows:
4       WHEREAS, Plaintiff filed a Motion for Class Certification on September 25, 2015 with
5   seven declarations of putative class members, which was set to be heard on December 10, 2015;
6       WHEREAS, the Court recently granted the Parties' Second Stipulation to Extend Class
7   Certification Opposition and Reply Deadlines in order to provide time for the completion of
8   Defendant's declarant depositions setting the reply deadline as February 5, 2016 and the hearing
9   date as March 10, 2016;
10      WHEREAS, Plaintiff, due to unavoidable unavailability on March 10, 2016, asked
11  Defendant if the hearing date could be moved to accommodate Plaintiff's schedule, to which
12  Defendant agreed;
13      WHEREAS, the next available date on which both Parties are available is March 24,
14  2016 at 1:30 p.m., or a date convenient for the Court's calendar thereafter;
15      WHEREAS, Plaintiff agrees that she will not seek additional discovery, including but not
16  limited to written discovery or depositions, from the date of the filing of Plaintiff's reply brief,
17  on February 5, 2016, until Plaintiff's class certification motion is heard.
18      WHEREAS, the Parties submit this stipulation in good faith and not for the purpose of
19  delay or for any other improper purpose.
20      **IT IS HEREBY STIPULATED.**
21
22  DATED: February 5, 2015                BLUMENTHAL, NORDREHAUG & BHOWMIK
23                                          By  */s/ Piya Mukherjee*
24                                              Piya Mukherjee
                                            Attorneys for Plaintiff
25                                          PAYAL PATEL
26
27
28
                                            2
       STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION
                                  HEARING DATE

22887052v.1

1 | DATED: February 5, 2015          SEYFARTH SHAW LLP

By     */s/ Maya Harel*     
　　　　Maya Harel  
Attorneys for Defendant  
NIKE RETAIL SERVICES, INC.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: 2/5/16

Honorable Judge Richard Seeborg  
UNITED STATES DISTRICT JUDGE

3  
STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION HEARING DATE

22887052v.1